**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MIGUEL CARRILLO,           )
                           )
         Petitioner,       )   2:12-cv-00226-KJD-RJJ
                           )
vs.                        )
                           )   **ORDER**
ATTORNEY GENERAL           )
OF THE STATE OF NEVADA, *et al.,*  )
                           )
         Respondents.      )
_____/

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding with representation of counsel. Petitioner was directed to show cause why the petition should not be dismissed as untimely. The response has been filed (ECF No. 7), along with a motion for time for service of process under Rule 4 of the Nevada [sic] Rules of Civil Procedure (ECF No. 8).

The motion for time shall be denied as moot and respondents shall be served with the petition and directed to file a response to petitioner's arguments against dismissal. Respondents are invited to

raise any other procedural defenses that they may deem appropriate.

**IT IS THEREFORE ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the petition (ECF No. 1) the Court's order of March 30, 2012 , petitioner's response to the Court's order to show cause (ECF No. 7) and a copy of this order upon respondents.  Respondents shall have forty-five days to file their response to the arguments raised by petitioner in ECF No. 7 on the issue of timeliness and to raise any other procedural defenses they may have.  Thereafter, petitioner will have thirty days to reply and respond to any other procedural defenses raised.  Respondents shall have twenty days to reply to any opposition to their other procedural defenses.

**IT IS FURTHER ORDERED** that the motion for time (ECF No. 8) is **DENIED AS MOOT.**

DATED:  January 30, 2013

_____
UNITED STATES DISTRICT JUDGE