**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL CARRILLO, | ) |
| Petitioner, | ) 2:12-cv-00226-KJD-NJK |
| vs. | ) |
| | ) **ORDER** |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*, | ) |
| Respondents. | ) |

Petitioner has filed an unopposed motion for enlargement of time to file his reply on the Court's Order to Show Cause (ECF No. 15). Good cause appearing, the motion shall be **granted.** Petitioner shall file his reply no later than June 15, 2013.

**IT IS SO ORDERED.**

Dated this  4  day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE